**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| STEPHEN CLAUD MESSICK, NEXT OF KIN OF CLAUD THOMAS MESSICK, DECEASED, AND ON BEHALF OF THE WRONGFUL DEATH BENEFICIARIES OF CLAUD THOMAS MESSICK, | ) ) ) ) ) | |
| Plaintiff, | ) ) | No. 17-cv-2398-SHL-dkv |
| v. | ) ) | |
| IRONSHORE SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed June 9, 2017,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Notice of Dismissal (ECF No. 9) filed August 3, 2017, all claims in this matter are hereby **DISMISSED WITHOUT PREJUDICE**.

APPROVED:


s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE


August 3, 2017
Date